HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MICHAEL MATHISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00202-DAD-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | Date: January 2, 2018 |
| MICHAEL MATHISON, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, Assistant United States Attorney, ROSS PEARSON, counsel for plaintiff and Assistant Federal Defender, MEGAN T. HOPKINS, counsel for defendant, that the sentencing hearing set for November 6, 2017, be continued to January 2, 2018 at 10:00 a.m.

Mr. Mathison has recently injured his knee and has been diagnosed, tentatively, with a torn ACL. He is scheduled for an MRI examination of his knee in mid-October, and anticipates scheduling surgery shortly thereafter once his insurance approves the operation to repair his ACL.

///

///

///

///

In order to permit Mr. Mathison to recover fully from the procedure before being sentenced to what is anticipated to be a custodial sentence at a Bureau of Prison's facility, the parties are requesting a continuance in this matter to January 2, 2018.

                                                    Respectfully submitted,

                                                    HEATHER E. WILLIAMS
                                                    Federal Defender

DATED:  September 15, 2017          /s/ Megan T. Hopkins
                                                    Megan T. Hopkins
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    Michael Mathison


                                                    PHILLIP A. TALBERT
                                                    Acting United States Attorney


DATED:  September 15, 2017          /s/ Ross Pearson
                                                    ROSS PEARSON
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff


## O R D E R

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case.  Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for November 6, 2017, is continued until January 2, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

   Dated:  **September 18, 2017**          _____
                                                    UNITED STATES DISTRICT JUDGE