# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MATHISON,<br><br>Defendant. | Case No. 1:16-cr-00202-DAD-BAM<br><br>ORDER DENYING DEFENDANT'S MOTION FOR BAIL REVIEW<br><br>(ECF No. 29) |

On November 9, 2017, Defendant Michael Mathison filed a motion for bail review to modify conditions of release. A hearing on Defendant's motion was held November 20, 2017. Defendant appeared in custody with counsel Megan Hopkins. Counsel Ross Pearson appeared for the government. Having considered the moving papers and the arguments presented at the November 20, 2017 hearing the Court shall deny Defendant's motion for bail review.

For the reasons stated on the record, Defendant's proposed new conditions, along with the additional conditions, do not ensure the Defendant's appearance or the safety of the community and do not meet the clear and convincing standard for release. Therefore, Defendant's motion for bail review and release on conditions is DENIED. The Defendant remains detained as a flight risk and danger.

IT IS SO ORDERED.

Dated: **November 20, 2017**

UNITED STATES MAGISTRATE JUDGE

1