HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MICHAEL MATHISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:16-cr-00202-DAD-BAM-1 |
|---|---|
| Plaintiff, | ) **DEFENDANT'S MOTION TO EXONERATE BOND; ORDER** |
| vs. | ) |
| MICHAEL MATHISON, | ) Judge: Hon. Dale A. Drozd |
| Defendant. | ) |

On January 4, 2017, the Court ordered Defendant Michael Mathison released to the WestCare residential treatment program and ordered Mr. Mathison to post a secured bond with the Clerk's Office in the amount of $50,000.00 to permit his release. Mr. Mathison's aunt, Michelle Garza, posted a property bond on Mr. Mathison's behalf on March 31, 2017[1].

///
///
///
///
///
///

---

[1] Receipt number #2017-0039357. Deed number 0039357, recorded on March 31, 2017, with sole trustor Michelle Garza.

Since no conditions of the bond remain to be satisfied, Mr. Mathison is now requesting that the $50,000 property bond be exonerated and returned to his aunt pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 3, 2018                    */s/ Megan T. Hopkins*
                                         MEGAN T. HOPKINS
                                         Assistant Federal Defender
                                         Attorney for Michael Mathison

## ORDER

The court finds that Michael Mathison has complied with the conditions of his bond and that no conditions remain to be satisfied. The Clerk of the Court is ordered to exonerate the property bond (#2017-0039357) in the above-captioned case and return the property deed to Ms. Michelle Garza, sole trustor. The court's financial department shall contact the Federal Defender to obtain Ms. Michelle Garza's current address.

IT IS SO ORDERED.

Dated: **January 3, 2018**                    _____
                                              UNITED STATES DISTRICT JUDGE