```
HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MICHAEL MATHISON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL MATHISON,<br><br>　　　　　　　Defendant. | Case No. 1:16-cr-00202 DAD<br><br>ORDER FOR RELEASE FROM CUSTODY PENDING SENTENCING<br><br>Judge: Hon. Dale A. Drozd |

　　　　This matter came before the court for hearing on April 20, 2021.  At that time the Court agreed Mr. Mathison could be released from custody to participate in the Poverello House residential treatment program, located at 412 "F" Street, Fresno, California.

　　　　Mr. Mathison has been interviewed and accepted for participation in the Poverello House program, which has space available for Mr. Mathison beginning on Wednesday, April 21, 2021. Representatives of Poverello House are available to pick up Mr. Mathison upon his release from custody at the Fresno County Jail, and to transport Mr. Mathison directly to Poverello House, where he shall reside and participate fully in the Poverello House treatment program.

　　　　This proposed order is submitted to authorize Mr. Mathison's release from the Fresno County Jail April 21, 2021, at 8:00 a.m., directly to the custody of representatives of the Poverello House for transport directly to the Poverello House, located at 412 "F" Street, Fresno,

California. Mr. Mathison shall remain in the program for a minimum of 12 months. He shall complete the program, participate fully and comply with all rules of Poverello House. If for any reason Mr. Mathison is not accepted into Poverello House he shall be transported directly back to the Fresno County Jail, where Mr. Mathison shall be returned to custody pending sentencing in Case No. 1:16-cr-00202. All other conditions of Mr. Mathison's term of supervised release shall remain in full force and effect.

**ORDER**

IT IS HEREBY ORDERED that Michael Mathison shall be released from custody at the Fresno County Jail, on April 21, 2021, at 8:00 a.m., to the custody of representatives of the Poverello House residential treatment program for transport directly to the Poverello House, located at 412 "F" Street, Fresno, California. Mr. Mathison shall remain in the program for a minimum of 12 months. He shall complete the program, participate fully and comply with all rules of Poverello House. If for any reason Mr. Mathison is not accepted into Poverello House he shall be transported directly back to the Fresno County Jail, where he shall be returned to custody pending sentencing in Case No. 1:16-cr-00202. All other conditions of Mr. Mathison's term of supervised release shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **April 20, 2021**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE