1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, CA Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  MICHAEL MATHISON

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:16-cr-00202 DAD BAM
12 |             Plaintiff,     | **STIPULATION TO CONTINUE STATUS CONFERENCE  ORDER THEREON**
13 | vs.                        |
   |                            | Date:   April 25, 2022
14 | MICHAEL MATHISON,          | Time:   9:00 a.m.
   |                            | Judge:  Hon. Dale A. Drozd
15 |             Defendant.     |

16

17

18     **IT IS HEREBY STIPULATED** by and between the parties through their respective

19 counsel that the status conference scheduled for October 18, 2021 may be continued to April 25,

20 2022, or the soonest time thereafter convenient to the court.

21     Michael Mathison has admitted violating the terms of his supervised release and is

22 currently participating in the Poverello House residential treatment program. The attached

23 progress report shows Mathison is doing well in the program. He is scheduled to complete the

24 six month residential portion of the program on October 21, 2021. He will then participate in six

25 months of aftercare in the program's transitional home, before receiving his certificate of

26 completion for all phases on April 21, 2022. The parties stipulate that the status conference

27 scheduled for October 18, 2021 may be continued to April 25, 2022; one week after Mathison's

28 anticipated completion of all phases of the program.

Because this is a violation of supervised release an exclusion of time is not necessary. However, out of an abundance of caution the parties agree the delay resulting from this request shall be excluded in the interests of justice, and for effective defense investigation and preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

PHILLIP A. TALBERT
Acting United States Attorney

DATED: October 13, 2021     By  */s/ Antonio J. Pataca*
ANTONIO J. PATACA
Assistant United States Attorney
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: October 13, 2021     By  */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
MICHAEL MATHISON

**ORDER**

**IT IS SO ORDERED**. For the reasons set forth above the status conference scheduled for October 18, 2021 is continued to April 25, 2022.

IT IS SO ORDERED.

Dated:   **October 13, 2021**

UNITED STATES DISTRICT JUDGE