PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MATHISON<br><br>Defendant. | CASE NO. 1:16-CR-00202-001<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET SENTENCING HEARING |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On March 12, 2021, the defendant admitted charges one and two of the violation petition.

2. On April 20, 2021, sentencing was deferred, and the defendant was released to the care and custody of the Poverello House on April 21.

3. On December 28, 2021, this Court filed a superseding petition adding charges three through five.

4. By previous order, this matter was set for a status conference on January 7, 2022.

5. In light of the defendant's prior admission to charges one and two, the government will move to dismiss the remaining charges at sentencing.

6. By this stipulation, the parties now move to vacate the status conference and set this case

1

for a sentencing hearing on January 24, 2022.  Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

Dated:  January 5, 2022                    PHILLIP A. TALBERT
                                            United States Attorney


                                            /s/ ANTONIO J. PATACA
                                            ANTONIO J. PATACA
                                            Assistant United States Attorney


Dated:  January 5, 2022                    /s/ CHRISTINA M. CORCORAN
                                            CHRISTINA M. CORCORAN
                                            Counsel for Defendant
                                            MICHAEL MATHISON

## ORDER

IT IS ORDERED that the status hearing set for January 7, 2022 is vacated, and a sentencing hearing is set for January 24, 2022, at 9:00 a.m.


DATED:  1/6/2022

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE