HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, NY Bar # 5118427
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MICHAEL MATHISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00202-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING;  ORDER |
| vs. | Date:   February 28, 2022 |
| MICHAEL MATHISON, | Time:   9:00 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Antonio J. Pataca, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Michael Mathison, that the Court may continue the sentencing hearing from January 24 to February 28, 2022, at 9:00 a.m.

The requested continuance is necessary for Mr. Mathison's new counsel to complete the defense investigation related to sentencing.  Counsel for the government has no objection to the requested change of date.  As this is a sentencing hearing on a supervised release petition, no exclusion of time is necessary.

                Respectfully submitted,

                PHILLIP A. TALBERT
                Acting United States Attorney

/ / /

/ / /

| | |
|---|---|
| Date: January 19, 2022 | /s/ Antonio J. Pataca<br>ANTONIO J. PATACA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: January 18, 2022 | /s/ Christina M. Corcoran<br>CHRISTINA M. CORCORAN<br>Assistant Federal Defender<br>Attorney for Defendant<br>MICHAEL MATHISON |

**O R D E R**

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for January 24, to February 28, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated: __January 19, 2022__          _/s/ Dale A. Drozd_
UNITED STATES DISTRICT JUDGE